CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

GARY D. FIDLER (SBN:76383)
gfidlerlaw@gmail.com
SHIRIN SHOJAPOUR (SBN: 218535)
GREENE, FIDLER & CHAPLAN, LLP
2719 Wilshire Blvd., Suite 200
Santa Monica, California 90403
Telephone: (310) 315-1700
Facsimile: (310) 315-1701
Attorneys for Defendants
Expo-Bach, LLC, Expo-CT, LLC and Expo-Ophir, LLC

TEANNA L. BUCHNER
tbuchner@ClarkHill.com
CLARK HILL LLP
1055 West Seventh Street
24th Floor, Los Angeles, California 90017
Telephone: (213) 417-5315
Facsimile: 213) 488-1178
Attorneys for Defendants
Ace Cash Express, Inc. and Populus Financial Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, | Case: 2:20-CV-05403-VAP-MRW |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| EXPO-BACH, LLC, a California Limited Liability Company; EXPO-CT, LLC, a California Limited Liability Company; EXPO-OPHIR, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that the entire action, including all cross-claims, may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 29, 2021        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: March 29, 2021        GREENE, FIDLER & CHAPLAN LLP

By: /s/ Gary D. Fidler
    Gary D. Fidler
    Shirin Shojapour
    Attorneys for Defendants and
    Cross-Claimants Expo-Bach, LLC,
    Expo-CT, LLC and Expo-Ophir,
    LLC

Dated:         CLARK HILL LLP

By: /s/ Teanna L. Buchner
    Bradford G. Hughes
    Teanna L. Buchner
    Attorneys for Cross-Defendants
    Ace Cash Express, Inc.,
    POPULUS FINANCIAL GROUP,
    INC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Gary D. Fidler, counsel for Expo-Bach, LLC, Expo-CT, LLC and Expo-Ophir, LLC, and Teanna L. Buchner, counsel for Cross-Defendants Ace Cash Express, Inc., and Populus Financial Group, Inc., and that I have obtained Mr. Fidler's and Ms. Buchner's authorization to affix their electronic signatures to this document.

Dated: March 29, 2021    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff